IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:21-cv-25-ECM |
| | ) |
| BOW PLUBMING GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the Joint Motion to Extend Deadlines. (Doc. 43). The parties seek an extension of deadlines which could impact the Court's ability to resolve any dispositive motion filed before the currently set pre-trial hearing date. Therefore, upon consideration of the motion, it is

ORDERED that this matter is set for a status and scheduling conference on **Thursday, June 16 at 2:00 p.m.** by telephone conference call. The parties are DIRECTED to contact Courtroom Deputy Wanda Stinson for the phone number and access code required to participate in the conference call.

Done this 10th day of June, 2022.

/s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE