IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21CV25-ECM |
| | ) |
| BOW PLUMBING GROUP, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

This cause is before the Court on an unopposed motion filed by the Plaintiff to extend all dates and deadlines in this case. (Doc. 49). Within the motion, the Plaintiff seeks to extend to particular dates the deadlines for class certification expert disclosures and motion, but seeks to hold other deadlines in abeyance.

For good cause shown, it is ORDERED as follows:

1. The motion (doc. 49) is GRANTED to the extent that the deadline for Plaintiff's expert disclosures on class certification is extended from **August 15, 2022** to **October 14, 2022**; the deadline for the Defendant's expert disclosures on class certification is extended from **October 3, 2022** to **December 5, 2022**; the deadline for class certification motions is extended from **November 14, 2022** to **January 20, 2023**.

2. The motion is DENIED to the extent that it requests that other deadlines be held in abeyance. This denial is without prejudice to a later motion seeking an

extension of deadlines to particular dates which are consistent with the trial term during which the case is set, or a future trial term of the undersigned.

DONE this 8th day of August, 2022.

                    /s/ Emily C. Marks
                    EMILY C. MARKS
                    CHIEF UNITED STATES DISTRICT JUDGE