IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21CV25-ECM |
| | ) |
| BOW PLUMBING GROUP, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

This case is before the court on an unopposed motion for leave to amend complaint. (Doc. 61). The Plaintiffs seek to correct their previously filed amended complaint. The Defendant does not oppose the motion.

The Plaintiffs represent that the parties had agreed upon a change that the Plaintiffs failed to make in paragraph 113 when they filed their Third Amended Complaint. They seek to file a new amended complaint to make the agreed-upon change from "Alabama resident members of the Class" to "the Class."

Generally, leave to amend should be "freely given when justice so requires." FED. R. CIV. P. 15(a). Rule 16 requires a plaintiff to demonstrate "good cause" before a court will consider whether an amendment is proper under Rule 15(a). Because the parties agreed to the language change and the Defendant does not oppose amendment, the Court finds that good cause to amend has been shown.

Accordingly, it is hereby ORDERED that the unopposed motion for leave to amend complaint (doc. 61) is GRANTED.  The Plaintiffs have until **September 26, 2022** to file the Fourth Amended Class Action Complaint attached to the motion. (Doc. 61-1).

DONE this 21st day of September, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE