IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21CV25-ECM |
| | ) |
| BOW PLUMBING GROUP, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

This cause is before the Court on a Joint Motion to Extend Class Expert Disclosure Deadlines. (Doc. 78). Within the motion, the parties seek only to extend the deadlines for class certification expert disclosures.

For good cause shown, it is ORDERED that the motion (doc. 78) is GRANTED and the deadline for Plaintiff's expert disclosures on class certification is extended from **May 26, 2023** to **June 23, 2023**; the deadline for the Defendant's expert disclosures on class certification is extended from **July 14, 2023** to **July 28, 2023.**

DONE this 21st day of April, 2023.

                                            /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE