IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:21-cv-25-ECM |
| | ) |
| BOW PLUMBING GROUP, INC., | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

For the reasons stated at the telephone conference of June 23, 2023, and for good cause, it is

ORDERED that this case is STAYED generally pending further Order of this Court. It is further

ORDERED that the parties shall submit a joint report on the status of this case on or before **August 22, 2023**.

Done this 26th day of June, 2023.

                                              /s/ Emily C. Marks
                                              EMILY C. MARKS
                                              CHIEF UNITED STATES DISTRICT JUDGE