IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, GREGORY JOHNSON, JERRI JOHNSON,         Plaintiffs, <br><br> v. <br><br> BOW PLUMBING GROUP INC., <br><br>        Defendant. | Case No.: 2:21-cv-25-ECM |

## JOINT STATUS REPORT

**COME NOW** the Parties, Plaintiffs Roselyn Braswell, Gregory Johnson, and Jerri Johnson ("Plaintiffs"), and Defendant Bow Plumbing Group Inc. ("Defendant"), and in accordance with the Court's Order staying this case (Doc. 83), submit the following Joint Status Report:

1. The Parties have reached a tentative agreement that will substantially resolve all of Plaintiffs' claims on an individual and class-wide basis.

2. The Parties are diligently working together to prepare all appropriate documents to memorialize and effectuate their agreement for the Court's review, and they have made significant progress. The draft agreement currently exceeds fifty

(50) pages and includes six (6) proposed exhibits. Together, the agreement and exhibits total nearly one hundred (100) pages.

3. However, the Parties are still negotiating many of the details underlying their agreement, as well as how to best reduce those details to writing for the Court's review. The Parties need additional time to finalize the terms of their agreement before submitting the agreement and the exhibits to the Court.

4. Therefore, the Parties respectfully request that the case remain stayed generally to provide the Parties additional time to finalize the details of their agreement and the corresponding exhibits.

5. If the Court has any questions or concerns following its receipt of this Joint Status Report, the Parties respectfully request that the Court set a Status Conference via telephone to provide the Parties an opportunity to address them.

Respectfully submitted this the 22nd day of August, 2023.

        */s/ Angel A. Croes*
        ANGEL A. CROES (ASB-6785-E49D)
        CAROLINE T. PRYOR (ASB-2802-R67C)
        SARAH CROSS RYAN (ASB-5186-R64C)
        HANNAH R. DELLASALA (ASB-1406-Q44G)
        Attorneys for Defendant

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216

T: (205) 822-2006
F: (205) 822-20257
Email: acroes@carrallison.com
cpryor@carrallison.com
sryan@carrallison.com
hdellasala@carrallison.com

/s/ *Kirby D. Farris*
KIRBY D. FARRIS (ASB-2224-R78K)
CALLE MENDENHALL (ASB-7985-W37E)
MALIA D. TARTT (ASB-9073-M40J)
Attorneys for Plaintiffs

**OF COUNSEL:**

**FARRIS, RILEY & PITT, LLP**
1700 Financial Center
505 20th Street North
Birmingham, AL 35203
T:   205-324-1212
F:   205-324-1255
Email: kfarris@frplegal.com
cmendenhall@frplegal.com
mtartt@frplegal.com