IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSELYN BRASWELL, GREGORY JOHNSON, JERRI JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> BOW PLUMBING GROUP INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No.: 2:21-cv-25-ECM |

## JOINT STATUS REPORT

**COME NOW** the Parties, Plaintiffs Roselyn Braswell, Gregory Johnson, and Jerri Johnson ("Plaintiffs"), and Defendant Bow Plumbing Group Inc. ("Defendant"), and in accordance with the Court's Order (Doc. 85), submit the following Joint Status Report:

1. The Parties have reached an agreement that will substantially resolve all of Plaintiffs' claims on an individual and class-wide basis.

2. On October 31, 2023, Plaintiffs filed an Unopposed Motion for Preliminary Approval of the Parties' proposed Class Action Settlement. (Docs. 86 and 86-1). Plaintiffs also filed a copy of the Parties' proposed Settlement Agreement

and all Exhibits for the Court's review and approval. (Docs. 86-2–86-10).

3. The Parties respectfully request that the Court set an expedited preliminary approval hearing on the earliest practical day for the Court.

Respectfully submitted this the 1st day of November, 2023.

*/s/ Angel A. Croes*
ANGEL A. CROES (ASB-6785-E49D)
CAROLINE T. PRYOR (ASB-2802-R67C)
SARAH CROSS RYAN (ASB-5186-R64C)
HANNAH R. DELLASALA (ASB-1406-Q44G)
Attorneys for Defendant

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
T: (205) 822-2006
F: (205) 822-20257
Email:   acroes@carrallison.com
         cpryor@carrallison.com
         sryan@carrallison.com
         hdellasala@carrallison.com

*/s/ Calle M. Mendenhall*
KIRBY D. FARRIS (ASB-2224-R78K)
CALLE M. MENDENHALL (ASB-7985-W37E)
MALIA D. TARTT (ASB-9073-M40J)
Attorneys for Plaintiffs

**OF COUNSEL:**

**FARRIS, RILEY & PITT, LLP**
1700 Financial Center
505 20th Street North
Birmingham, AL 35203
T:   205-324-1212
F:   205-324-1255
Email:       kfarris@frplegal.com
             cmendenhall@frplegal.com
             mtartt@frplegal.com