# FARRIS, RILEY & PITT
## Account QuickReport
### All Transactions

| Type | Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|---:|
| **File** | | | | | |
| **PEX Bow Class** | | | | | |
| **Braswell, Roselyn** | | | | | |
| Check | 12/22/2020 | 38995 | Elizabeth Lipp | Mileage Reimbursement/Contract Work | Montgomery Run 12/22/20 | 144.75 |
| Check | 12/22/2020 | | Lexis Charges | December 2020 Doc Access | 54.37 |
| Check | 01/12/2021 | 39073 | Middle District of Alabama | Filing Fee | Roselyn Braswell | 402.00 |
| Check | 02/23/2021 | 39287 | Card Services | FedEx | 60.20 |
| Check | 03/01/2021 | EFT | Memphis Process Server | Process Service Attempt | 70.00 |
| Check | 03/10/2021 | | Investigation Service | Pick Up Pex Pipes | 75.00 |
| Check | 03/17/2021 | 39398 | John R. Meek | Mileage | 90.50 |
| Check | 03/25/2021 | 39412 | Card Services | FedEx | 60.91 |
| Check | 03/25/2021 | 39412 | Card Services | FedEx | 61.06 |
| Check | 04/15/2021 | EFT | American Express | Translation - Process Service | 3,759.50 |
| Check | 05/09/2021 | EFT | PACER | Research | 1.30 |
| Check | 05/26/2021 | EFT | PACER | Research | 0.40 |
| Check | 08/11/2021 | EFT | PACER | Research | 0.10 |
| Check | 08/11/2021 | EFT | PACER | Research | 4.20 |
| Check | 08/20/2021 | 39837 | U.S. District Court | Certificate of Good Standing | Middle District | Jessica Zorn | 20.00 |
| Check | 11/10/2021 | EFT | PACER | Research | 14.00 |
| Check | 11/10/2021 | EFT | PACER | Research | 5.70 |
| Check | 12/06/2021 | 40119 | Paragon Polymer Consulting, ... | Retainer Fee | Agreement #: 277111821 | 25,000.00 |
| Check | 12/27/2021 | 40181 | Card Services | FedEx | 18.69 |
| Check | 02/10/2022 | EFT | PACER | Research | 20.40 |
| Check | 03/30/2022 | | Lexis Charges | March 2022 Doc Access | 42.65 |
| Check | 04/07/2022 | | Lexis Charges | April 2022 Doc Access 1 | 17.05 |
| Check | 04/25/2022 | 40474 | Northern District of Alabama | Certificate of Good Standing | Malia D. Tartt | 20.00 |
| Check | 04/25/2022 | 40475 | Middle District of Alabama | Admission Fee | Malia D. Tartt | 250.00 |
| Check | 04/28/2022 | | Lexis Charges | April 2022 Doc Access 2 | 208.12 |
| Check | 05/06/2022 | 40498 | Card Services | FedEx Charge | 29.21 |
| Check | 05/09/2022 | 40502 | Alacourt.com | Research | 38.00 |
| Check | 05/31/2022 | | Lexis Charges | May 2022 Doc Acces | 7.11 |
| Check | 06/03/2022 | 40580 | Malia D. Tartt | Montgomery Mileage x 2 | 215.38 |
| Check | 06/08/2022 | 40594 | Analytic Focus, LLC | Inv #: 2022-05-007 | Project #: 2008-008-002 | 13,748.40 |
| Check | 07/05/2022 | 40661 | Paragon Polymer Consulting, ... | Inv #:431 | Estimated Travel Exp & Site Inspection/Testing | 18,184.05 |
| Check | 07/13/2022 | 40706 | Analytic Focus, LLC | Invoice #: 2022-06-005 | 4,480.55 |
| Check | 07/14/2022 | | Lexis Charges | July 2022 Doc Access | 148.57 |
| Check | 07/27/2022 | 40743 | Card Services | FedEx Charge | 96.98 |
| Check | 07/28/2022 | 40744 | Malia D. Tartt | Mileage to Montgomery x 4 for PEX Inspections |Sponsler, Thompson, Shakur, Braswell & John... | 488.29 |
| Check | 08/09/2022 | 40778 | Calle M. Mendenhall | Mileage to Montgomery x 3 for PEX Inspections | 297.99 |
| Check | 08/12/2022 | EFT | American Express | Expenses during Inspection in Montgomery | 523.07 |
| Check | 08/12/2022 | 40799 | Alacourt.com | Research | 4.00 |
| Check | 08/17/2022 | | Lexis Charges | August 2022 Doc Access | 174.14 |
| Check | 08/23/2022 | 40818 | Card Services | PACER | Research | 14.00 |
| Check | 09/09/2022 | 40847 | Calle M. Mendenhall | Mileage to Montgomery | 99.33 |
| Check | 09/12/2022 | 40861 | Alacourt.com | Research | 12.00 |
| Check | 09/13/2022 | EFT | American Express | Fed Ex Charges to send pipes to expert | 232.13 |
| Check | 09/30/2022 | | Lexis Charges | Sept. 2022 Doc Access | 13.48 |
| Check | 10/10/2022 | 40947 | Alacourt.com | Research | 2.00 |
| Check | 11/01/2022 | 41000 | Paragon Polymer Consulting, ... | Inv #: 433 | Pre-payment of Travel Arrangements | 8,225.58 |

3:30 PM  
03/12/24  
Accrual Basis

# FARRIS, RILEY & PITT
## Account QuickReport
### All Transactions

| Type | Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 11/04/2022 | 41008 | Comfort Systems USA | Invoice #: 00012973 \| Plumbing/Patching Services | 33,517.64 |
| Check | 11/07/2022 | EFT | PACER | Research | 3.10 |
| Check | 12/07/2022 | 41098 | Malia D. Tartt | Mileage to Braswell/Shakur/Sponsler Homes 11/8-11/11 | 456.56 |
| Check | 12/07/2022 | 41098 | Malia D. Tartt | Meals Provided During Inspections 11/10-11/11 | 146.78 |
| Check | 12/13/2022 | EFT | American Express | Food for experts | 69.64 |
| Check | 12/14/2022 | 41126 | Calle M. Mendenhall | Mileage to Montgomery | 99.00 |
| Check | 12/20/2022 | 41137 | Card Services | Panera Bread \| Lunch During Inspection | 93.26 |
| Check | 12/27/2022 | 41140 | Card Services | FedEx Charge | 93.19 |
| Check | 01/31/2023 | | Lexis Charges | January 2023 Doc Access | 72.97 |
| Check | 02/22/2023 | EFT | Alabama.gov | Certificate of Good Standing \| 11th Circuit Court | 16.50 |
| Check | 02/23/2023 | 41284 | Birmingham Reporting Service... | Inv #: 60268 \| C. Hachey Depo | 567.00 |
| Check | 02/28/2023 | | Lexis Charges | February 2023 Doc Access | 55.11 |
| Check | 03/08/2023 | 41321 | Alacourt.com | Researcg | 1.00 |
| Check | 03/22/2023 | EFT | Veritext Corporate Services, Inc. | Inv #: 6424831 \| Chuck Edwards Depo | 755.05 |
| Check | 03/22/2023 | 41348 | Birmingham Reporting Service... | Inv #: 60643 \| Carl Hachey Video Depo | 383.75 |
| Check | 03/27/2023 | 41356 | Cite, LLC | Inv #: 22082 \| Chuck Edwards Depo | 569.86 |
| Check | 03/31/2023 | | Lexis Charges | March 2023 Doc Access | 20.15 |
| Check | 04/10/2023 | 41391 | Alacourt.com | Research | 16.00 |
| Check | 04/20/2023 | 41430 | Christopher Nolland | Mediation Fee \| Bow Plumbing | 27,000.00 |
| Check | 05/04/2023 | 6010 | Card Services | FedEx Charge | 61.31 |
| Check | 05/09/2023 | EFT | PACER | Research | 8.90 |
| Check | 05/17/2023 | 6056 | Analytic Focus, LLC | Inv #: 2023-04-006 \| Conference Call/Info Review | 332.15 |
| Check | 05/17/2023 | 6059 | Paragon Polymer Consulting, ... | Witness Testing Pre-Paid Travel Expenses | 19,306.20 |
| Check | 05/19/2023 | | Investigation Service | Find a PI in Spring, TX to Assist | 20.00 |
| Check | 05/22/2023 | 6066 | Prolegal Reporting | Inv #: 9189 \| R. Braswell Depo | 800.52 |
| Check | 05/22/2023 | 6066 | Prolegal Reporting | Inv #: 9692 \| G. Johnson Depo | 863.04 |
| Check | 06/01/2023 | 6077 | Card Services | FedEx Charge | 35.19 |
| Check | 06/01/2023 | 6078 | Advance Investigations | INV0254 \| 3 Day Sweep & Resident Interviews | 1,950.00 |
| Check | 06/01/2023 | 6080 | Columbia Private Investigation... | Inv #: 346 \| Aintree Development Home Survey-WA | 1,000.00 |
| Check | 06/02/2023 | 6086 | Analytic Focus, LLC | Dr. Consultation & Associate's hours | 22,845.25 |
| Check | 06/02/2023 | 6091 | Leatherneck Investigations | Inv #: 1492 \| Plumbing Canvas | 453.30 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 91.51 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 16.00 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 96.09 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 214.08 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 282.44 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 210.90 |
| Check | 07/03/2023 | 6157 | Card Services | FedEx Charge | 54.21 |
| Check | 07/31/2023 | | Lexis Charges | July 2023 Doc Access | 22.69 |
| Check | 07/31/2023 | | Lexis Charges | July 2023 Doc Access 2 | 11.65 |
| Check | 08/07/2023 | EFT | PACER | Research 2 | 0.10 |
| Check | 08/10/2023 | EFT | PACER | Research 1 | 3.30 |
| Check | 08/31/2023 | | Lexis Charges | August 2023 Access Charge | 4.29 |
| Check | 09/20/2023 | 6359 | Prolegal Reporting | Invoice #: 10926 \| Jerri Johnson Transcript | 1,064.09 |
| Check | 09/30/2023 | | Lexis Charges | September 2023 Doc Access | 2.16 |
| Check | 09/30/2023 | | Lexis Charges | September 2023 Doc Access 2 | 45.07 |
| Check | 10/11/2023 | 6404 | Paragon Polymer Consulting, ... | Bow Pex Statement Payoff \| 2021118 | 246,315.70 |
| Check | 10/31/2023 | | Lexis Charges | October 2023 Doc Access | 52.94 |
| Check | 11/30/2023 | | Lexis Charges | November 2023 Doc Access | 230.96 |

# FARRIS, RILEY & PITT
## Account QuickReport
### All Transactions

| Type  | Date       | Num  | Source Name         | Memo                                            | Amount     |
|-------|------------|------|---------------------|-------------------------------------------------|------------|
| Check | 12/01/2023 | 6549 | Card Services       | FedEx Charge                                    | 97.74      |
| Check | 12/22/2023 | EFT  | AlaFile             | Amended Complaint                               | 308.93     |
| Check | 12/31/2023 |      | Lexis Charges       | December 2023 Doc Access                        | 27.76      |
| Check | 01/01/2024 | 6636 | Card Services       | FedEx Charge | Return of pipe samples from expert | 188.28     |
| Check | 01/09/2024 | EFT  | Alacourt.com        | Research                                        | 7.50       |
| Check | 01/31/2024 |      | Lexis Charges       | January 2024 Doc Access                         | 9.93       |
| Check | 02/07/2024 | EFT  | PACER               | Research                                        | 5.10       |
| Check | 02/12/2024 | EFT  | PACER               | Research                                        | 13.90      |
| Check | 03/08/2024 | 6796 | Calle M. Mendenhall | AlaFile | Motion to Intervene                   | 308.88     |
|       | Total Braswell, Roselyn |  |        |                                                 | 438,733.78 |
|       | Total PEX Bow Class     |  |        |                                                 | 438,733.78 |
|       | Total File              |  |        |                                                 | 438,733.78 |
| **TOTAL** |          |      |                     |                                                 | **438,733.78** |