IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROSELYN BRASWELL,** *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>**BOW PLUMBING GROUP INC.**,<br><br>  Defendant. | Civil Action No. 2:21-cv-25-ECM |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

**COME NOW** the Plaintiffs, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 23(e), hereby move this Court for an Order (i) granting final approval of the Settlement, (ii) certifying the Settlement Class; and (iii) granting Plaintiffs' counsel's motion for attorneys fees and costs (Doc. 100 & 100-1). In support, the Plaintiffs submit herewith a Memorandum in Support of Final Approval of Class Action Settlement and accompanying exhibits.

Respectfully submitted this the 19th day of July, 2024.

/s/ Kirby D. Farris
KIRBY D. FARRIS (ASB-2224-R78K)
CALLE M. MENDENHALL (ASB-7985-W37E)
MALIA D. TARTT (ASB-9073-M40J)
Attorneys for the Plaintiffs

1

**OF COUNSEL:**

**FARRIS, RILEY & PITT, LLP**
The Gray Building
1728 Third Avenue North
Suite 500
Birmingham, Alabama 35203
T: (205) 324-1212
F: (205) 324-1255
kfarris@frplegal.com
cmedenhall@frplegal.com
mtartt@frplegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

                                             */s/ Kirby D. Farris*
                                             OF COUNSEL